Todd Blanche
Acting Attorney General of the United States
Thomas J. Hanlon
Assistant United States Attorney
Eastern District of Washington
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR - 8 2026

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

ECF No 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR JOEL FRAILE-GARCIA (a/k/a "Omar Buenrostro"),<br><br>Defendant. | **1:26-CR-2016-SAB**<br><br>INDICTMENT<br><br>18 U.S.C. § 111(a)(1), (b)<br>Assault of Federal Officer<br>(Count 1)<br><br>18 U.S.C. § 924(c)(1)(A)(iii)<br>Discharge of a Firearm During a Crime of Violence<br>(Count 2)<br><br>18 U.S.C. §§ 922(g)(5), 924(a)(8).<br>Illegal Alien in Possession of a Firearm<br>(Count 3)<br><br>18 U.S.C. § 924, 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about February 10, 2026, in the Eastern District of Washington, the Defendant, CESAR JOEL FRAILE-GARCIA (a/k/a "Omar Buenrostro"), did

forcibly assault J.A., a Special Law Enforcement Commissioned Officer with the Bureau of Indian Affairs, while J.A. was engaged in his official duties, with a deadly or dangerous weapon, specifically a firearm, in violation of 18 U.S.C. § 111(a)(1), (b).

COUNT 2

On or about February 10, 2026, in the Eastern District of Washington, the Defendant, CESAR JOEL FRAILE-GARCIA (a/k/a "Omar Buenrostro"), did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which the Defendant may be prosecuted in a court of the United States, to wit: Assault on Federal Officer, as charged in Count 1 of this Indictment, in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

COUNT 3

On or about February 10, 2026, in the Eastern District of Washington, the Defendant, CESAR JOEL FRAILE-GARCIA (a/k/a "Omar Buenrostro"), knowing that he was an alien illegally and unlawfully in the United States, did knowingly and intentionally possess in and affecting commerce, a firearm, to wit: a Glock, model 45, 9 millimeter semi-automatic handgun bearing serial number BUEY058, which firearm had theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(5), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(iii) (Count 2) and/or 18 U.S.C. §§ 922(g)(5), 924(a)(8) (Count 3), as set forth in this Indictment, the Defendant, CESAR JOEL FRAILE-GARCIA (a/k/a "Omar Buenrostro"), shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Glock, model 45, 9 millimeter semi-automatic handgun bearing serial number BUEY058 and magazine loaded with 26 rounds of ammunition

DATED this 8th day of April 2026.

A TRUE BILL

[redacted]

Todd Blanche
Acting Attorney General

Alison L. Gregoire
Criminal Chief

Thomas J. Hanlon
Assistant United States Attorney