Todd Blanche
Acting Attorney General of the United States
Thomas J. Hanlon
Assistant United States Attorney
Eastern District of Washington
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 15 2026

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

CESAR JOEL FRAILE-GARCIA
(a/k/a "Omar Buenrostro"),

Defendants.

1:26-CR-02016-SAB

SUPERSEDING INDICTMENT

18 U.S.C. §§ 111(a)(1) & (b)
Assault of Federal Officer
(Count 1)

18 U.S.C. § 924(c)(1)(A)(iii)
Discharge of a Firearm During a Crime of Violence
(Count 2)

18 U.S.C. § 922(g)(5)
Illegal Alien in Possession of a Firearm
(Count 3)

21 U.S.C. §841(a)(1),(b)(1)(A)(vi)
Possession with Intent to Distribute 400 Grams of Fentanyl
(Count 4)

18 U.S.C. § 924, 28 U.S.C. § 2461, 21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

On or about February 10, 2026, in the Eastern District of Washington, the Defendant, CESAR JOEL FRAILE-GARCIA (a/k/a "Omar Buenrostro"), did forcibly assault J.A., a Special Law Enforcement Commissioned Officer with the Bureau of Indian Affairs, while J.A. was engaged in his official duties, with a deadly or dangerous weapon, specifically a firearm, in violation of 18 U.S.C. §§ 111(a)(1) & (b).

COUNT 2

On or about February 10, 2026, in the Eastern District of Washington, the Defendant, CESAR JOEL FRAILE-GARCIA (a/k/a "Omar Buenrostro"), did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which the Defendant may be prosecuted in a court of the United States, to wit: Assault on Federal Officer, as charged in Count 1 of this Indictment, in violation of 18 U.S.C. §§ 924(c)(1)(A)(iii).

COUNT 3

On or about February 10, 2026, in the Eastern District of Washington, the Defendant, CESAR JOEL FRAILE-GARCIA (a/k/a "Omar Buenrostro"), knowing that he was an alien illegally and unlawfully in the United States, did knowingly and intentionally possess in and affecting commerce, a firearm, to wit: a Glock,

model 45, 9-millimeter semi-automatic handgun bearing serial number BUEY058, which firearm had theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(5), 924(a)(8).

COUNT 4

On or about February 10, 2026, in the Eastern District of Washington, the Defendant, CESAR JOEL FRAILE-GARCIA (a/k/a "Omar Buenrostro"), knowing possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-2-phenylethyl)-4-piperidinyl] propenamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1),(b)(1)(A)(vi).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 924(c)(1)(A)(iii) (Count 2) and/or 18 U.S.C. §§ 922(g)(5), 924(a)(8) (Count 3), as set forth in this Superseding Indictment, the Defendant, CESAR JOEL FRAILE-GARCIA aka Omar Buenrostro, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense(s), including, but not limited to:

- a Glock, model 45, 9-millimeter semi-automatic handgun bearing serial number BUEY058 and magazine loaded with 26 rounds of ammunition

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in Count 4 of this Superseding Indictment, the Defendant, CESAR JOEL FRAILE-GARCIA aka Omar Buenrostro, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- a Glock, model 45, 9-millimeter semi-automatic handgun bearing serial number BUEY058 and magazine loaded with 26 rounds of ammunition

DATED this 15th day of July 2026.

A TRUE BILL

[redacted]

Todd Blanche
Acting Attorney General

Alison L. Gregoire
Criminal Chief

Thomas J. Hanlon
Assistant United States Attorney