FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 04, 2026
SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

CESAR JOEL FRAILE-GARCIA,

Defendant.

No. 1:26-CR-02016-SAB-1

ORDER TO UNSEAL SUPERSEDING INDICTMENT

**ECF NO. 13**

Before the Court is the United States' Motion to Unseal Superseding Indictment. ECF No. 13. Having reviewed the Motion and finding good cause therefor, **IT IS ORDERED**:

1. The United States' Motion to Unseal Superseding Indictment (**ECF No. 13**) is **GRANTED**.

2. The District Court Executive is directed to **UNSEAL** the Superseding Indictment (**ECF No. 7**).

**IT IS SO ORDERED.**

DATED September 4, 2026.

ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE